

FILED
May 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002603704

Mark Charles Bowman, SBN 143948
BOWMAN LAW FIRM
1820 West Kettleman Lane, Suite F
Lodi California 95242

Telephone: 209/ 367-3717
Facsimile: 209/ 334-6045

Attorney for Creditors ELLIS and PAT SHEPHERD

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Robert William Friend, Jr., d.b.a. Spike and Spark Construction,<br><br>Debtor. | CASE NO.: 10-27852-B-7<br><br>Chapter 7<br><br>DC No. MCB-6<br><br>Date: May 18, 2010<br>Time: 9:32 a.m.<br>Location: Sacramento Division<br>501 I. Street, 6th Floor<br>Courtroom 32, Sacramento, CA |

<u>MOTION BY SECURED CREDITOR TO COMPEL ABANDONMENT OF REAL</u>

<u>PROPERTY ASSET</u>

Ellis and Pat Shepherd, secured creditors herein, hereby move the Court as follows:

Secured Creditors seek an order compelling Michael P. Dacquisto, the Chapter 7 Trustee in the above-captioned bankruptcy case, to abandon the following real property:

| <u>COUNTY</u> | <u>STATE</u> | <u>IDENTIFICATION/APN</u> |
|---|---|---|
| Calaveras | California | Lot 367 as shown at that certain Map entitled "Greenhorn Creek Subdivision, Unit 2C," filed in the Office of the Recorder of Calaveras County, |

Shepherd.MtnAbandon.Motion

BOWMAN LAW FIRM
1820 W KETTLEMAN LN, STE F
LODI, CA 95242
Phone (209) 367-3717
Fax (209) 334-6045

MOTION BY SECURED CREDITOR TO COMPEL TRUSTEE TO ABANDONMENT OF REAL PROPERTY ASSET

1

BOWMAN LAW FIRM
1820 W KETTLEMAN LN, STE F
LODI, CA 95242
Phone (209) 367-3717
Fax (209) 334-6045

State of California, on June 28, 2001 in Book 7 of Subdivisions, at Page 61, Calaveras County Records. Commonly known as 739 Grinding Rock Rd., Angels Camp, 95222. Assessor's Parcel No. 058-080-003.

Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. § 157 and 1334; 11 U.S.C. § 554(a). A creditor may file a motion for a court order requiring the trustee or debtor to abandon property pursuant to §554, above. [11 USC §554(b) – "on request of a party in interest and after notice and a hearing..."; FRBP 6007(b)] 11 U.S.C. §554(b) provides: "[o]n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

The real property identified above is of inconsequential value and benefit to the estate [Bowman Declaration 2:13-15]. Creditors have a secured claim on the subject property that exceeds fair market value [Bowman Declaration 2:4-6].

WHEREFORE, secured creditors respectfully request that the Court order that the above referenced real property be abandoned.

DATED: May 3, 2010

/s/
Mark Charles Bowman, Attorney for
Creditors Pat and Ellis Shepherd

Shepherd.MtnAbandon.Motion

MOTION BY SECURED CREDITOR TO COMPEL TRUSTEE TO ABANDONMENT OF REAL PROPERTY ASSET